# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISHA DANETTE SAYLES,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:23-cv-01688-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 12) |

On February 27, 2024, Plaintiff submitted a stipulated motion for a first extension of time to file Plaintiff's motion for summary judgment, extending the deadline from March 4, 2024, to April 3, 2024. (ECF No. 12.)  The Court finds good cause exists to grant the first extension.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to modify the schedule (ECF No. 12) is GRANTED;

2. Plaintiff shall have until **April 3, 2024**, to file the motion for summary judgment; and

3. All remaining deadlines shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **February 29, 2024**

UNITED STATES MAGISTRATE JUDGE