# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISHA DANETTE SAYLES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:23-cv-01688-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 14) |

On April 1, 2024, Plaintiff submitted a stipulated motion for a second extension of time to file Plaintiff's motion for summary judgment, extending the deadline from April 3, 2024 to April 29, 2024. (ECF No. 14.) The Court finds good cause exists to grant the second extension.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to modify the scheduling order (ECF No. 14) is GRANTED;
2. Plaintiff shall have until **April 29, 2024**, to file the motion for summary judgment; and
3. All remaining deadlines shall be modified accordingly.

IT IS SO ORDERED.

Dated:  **April 1, 2024**

　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1