UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISHA DANETTE SAYLES, | Civil No. 1:23-cv-01688-SAB |
| Plaintiff, | ORDER RE STIPULATION FOR EXTENSION OF TIME |
| vs. | (ECF No. 18) |
| COMMISSIONER OF SOCIAL SECURITY, | DEADLINE: JUNE 28, 2024 |
| Defendant. | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the time for Defendant Commissioner of Social Security to file a response to Plaintiff's motion for summary judgment is extended to **June 28, 2024.**  Plaintiff's reply, if any, shall be filed no later than **fourteen (14) days** after Defendant's responsive pleading is filed.

IT IS SO ORDERED.

Dated:   **May 21, 2024**

UNITED STATES MAGISTRATE JUDGE