## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISHA DANETTE SAYLES,<br><br>          Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No. 1:23-cv-01688-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 20)<br><br>**DEADLINE: JULY 8, 2024** |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the time for Defendant Commissioner of Social Security to file a response to Plaintiff's motion for summary judgment is extended to **July 8, 2024**. Plaintiff's reply, if any, shall be filed no later than **fourteen (14) days** after Defendant's responsive pleading is filed.

IT IS SO ORDERED.

Dated:   **June 24, 2024**

                                                                    
UNITED STATES MAGISTRATE JUDGE