# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISHA DANETTE SAYLES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:23-cv-01688-SAB<br><br>ORDER RE STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)<br><br>(ECF No. 25) |

On October 7, 2024, Plaintiff Elisha Danette Sayles filed a stipulation for the award and payment of attorney fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412(d). (ECF No. 25.)

Accordingly, Plaintiff is awarded attorney fees in the amount of FIVE THOUSAND DOLLARS AND ZERO CENTS ($5,000.00) under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:   **October 8, 2024**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1